UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMMANUEL ODUOR, *et al.*,<br><br>    *Plaintiffs*,<br><br>  v.<br><br>ANTONY J. BLINKEN, *U.S. Secretary of State*,<br><br>    *Defendant.* | No. 1:23-cv-00908 |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that the defendant's Motion to Dismiss, Dkt. 6, is **GRANTED**. It is further

**ORDERED** that this action is **DISMISSED** without prejudice.

**SO ORDERED.**

_____
March 29, 2024               DABNEY L. FRIEDRICH
                                    United States District Judge